IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00243-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ARMANDO MENDOZA-HARO,
    a/k/a "Armando Mendoza" "Green Eyes" "Carlos";
2.     JESUS SEGOVIA,
    a/k/a "Carlos" "Botitas";
3.     MIGUEL ANGEL SANCHEZ,
    a/k/a "Miguel Sanchez";
4.     SERGIO MENDOZA-VALDOVINOS,
    a/k/a "Sergio Mendoza";
5.     DANIELA MUNGUIA DE ORTIZ,
    a/k/a "Daniela Munguia-Torres" "Guachita" "Aurora Casas";
6.     YULY HERNANDEZ-OROZCO,
    a/k/a "Yuly" "Yuly Lorena Hernandez-Orozco";
7.     ERIKA ELENA HERNANDEZ-GALAVIZ,
    a/k/a "Erika" "Erika Hernandez" "Erika Quintana";
8.     ALEJANDRO MORALES-GARCIA,
    a/k/a "Alex";
9.     RICARDO PANIAGUA-RODRIGUEZ,
    a/k/a "Ricardo Paniagua";
10.     CARLOS MARTIN SEGURA CHANG,
    a/k/a "Carlos M. Chang" "Carlos Segura Chang"; and
11.     SONIA PEREZ,

    Defendants.

## ORDER OF RECUSAL

Due to presiding over pre-indictment proceedings involving the above

Defendants, the undersigned district judge has gained knowledge of facts relating to

the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

DATED: June __01__, 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge