IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 8, 2013 |
| Court Reporter: Janet Coppock | Time: one hour and 8 minutes |
| Probation Officer: n/a | Interpreters: Cathy Bahr and Ellen Klaver |

**CASE NO. 12-CR-00243-PAB-10**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **10. CARLOS MARTIN SEGURA CHANG,** | Renee Cooper |
| Defendant. | |

MOTIONS HEARING

**9:07 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

Interpreters sworn with no challenges to their qualifications.

**ORDERED:** Defendant's Motion to Sever Defendant (Doc #281) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's First Motion for Disclosure of Proffers of Cooperating Government Witnesses (Doc #282) is **GRANTED** as stated on the record.

**Defendant's First Motion to Disclose Grand Jury Material to Defendant (Doc #284).**

Argument by Ms. Cooper.

Argument by Ms. Carleton.

Further argument by Ms. Cooper.

**ORDERED:** Defendant's First Motion to Disclose Grand Jury Material to Defendant (Doc #284) is **DENIED.**

**Defendant's First Motion for Bill of Particulars (Doc #290)**

Argument by Ms. Cooper.

Argument by Ms. Carleton.

Further argument by Ms. Cooper.

**ORDERED:** Defendant's First Motion for Bill of Particulars (Doc #290) is **DENIED**.

**Defendant's First Motion to Suppress Evidence (Doc #292)**

Argument by Ms. Cooper.

Argument by Mr. Phillips.

**ORDERED:** Defendant's First Motion to Suppress Evidence (Doc #292) is **DENIED.**

**Defendant's First Motion in Limine Hearsay (Doc #293)**

Comments by Ms. Cooper.

**ORDERED:** Defendant's First Motion in Limine Hearsay (Doc #293) is **DENIED as MOOT.**

**ORDERED:** Defendant's First Motion for Jury Questionaire (#294) is **DENIED as MOOT.**

Discussion regarding the length of trial.

**ORDERED:** James hearing scheduled for February 28, 2013 at 1:30 p.m. is VACATED and rescheduled to **February 27, 2013 at 1:30 p.m.**

**ORDERED:** Bond is continued.

**10:15 a.m.    COURT IN RECESS**

**Total in court time:   68 minutes**

**Hearing concluded**