IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    MIGUEL ANGEL SANCHEZ,

    Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Miguel Angel Sanchez [Docket No. 354]. The Court having read the motion and being fully advised in the premises finds:

    1.    On January 31, 2013 the United States and defendant Miguel Angel Sanchez entered into a Plea Agreement [Docket No. 323], which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

    2.    The government has established the requisite nexus between the property and the offense.

    3.    Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

**ORDERED** that defendant Miguel Angel Sanchez's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 853:

$270,450.00 in United States Currency

It is further

**ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.3(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make its return as provided by law. It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) on an official government website for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within 30 days of the last date of publication and make its return to this Court that such action has been completed. It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

DATED March 13, 2013.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge