IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.   DANIELA MUNGUIA DE ORTIZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Motion to Dismiss Counts 1, 2, 4, 9, 11 and 52 [Docket No. 474]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts 1, 2, 4, 9, 11 and 52 [Docket No. 474] is granted. Counts 1, 2, 4, 9, 11, and 52 of the Indictment are dismissed as to defendant Daniela Munguia de Ortiz.

DATED May 28, 2013.

                            BY THE COURT:

                            PHILIP A. BRIMMER
                            United States District Judge