# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 24, 2013 |
| Court Reporter: Janet Coppock | Time: one hour and 12 minutes |
| Probation Officer: Patrick Lynch | Interpreter: Marcella Salazar |

**CASE NO. 12-CR-00243-PAB-06**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **6. YULY HERNANDEZ-OROZCO,** | LaFonda Traoré. |
| Defendant. | |

## SENTENCING

**11:08 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Carleton in support of Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 503].

Comments by Ms. Traoré.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 503] is **GRANTED.**

Argument by Ms. Traoré. In support of Defendant's Motion for Non-Guideline Sentence [Docket No. 501] and comments addressing sentencing.

Argument by Ms. Carleton in support of the Government's Motion for Downward Variant Sentence [Docket No. 504] and comments addressing sentencing.

Defendant addresses the Court.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [Docket No. 501] is **GRANTED.**

**ORDERED:** Government's Motion for Downward Variant Sentence [Docket No. 504] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **March 14, 2013** to count **Twenty-One of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **48** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
12-CR-00243-PAB-6
June 24, 2013

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because it is likely the defendant will be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, she shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution **15 days after designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 505] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Yuly Hernandez-Orozco [Docket No. 506] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is continued.

**12:20 p.m.   COURT IN RECESS**

**Total in court time: 72 minutes**

**Hearing concluded**